# OPINIONS PER CURIAM FROM JANUARY 9, 1911, TO DECEMBER 12, 1911.

No. 680. González v. Ortiz.—Appeal from the District Court of Ponce. Motion to dismiss the appeal. Decided January 9, 1911. Motion overruled. *Mr. Felipe Casalduc* for petitioner. *Mr. Francisco Parra* for respondent.

No. 307. The People v. Delgado, *alias* Aguila.—Appeal from the District Court of San Juan. Decided January 16, 1911. Judgment affirmed. *Mr. Adrián Agosto* for appellant. *Mr. Jesús M. Rossy, fiscal,* for respondent.

No. 306. The People v. Toste.—Appeal from the District Court of San Juan. Decided January 16, 1911. Judgment affirmed. *Mr. Eugenio Benítez Castaño* for appellant. *Mr. Jesús M. Rossy, fiscal,* for respondent.

No. 651. Hernández v. Pérez.—Appeal from the District Court of Mayagüez. Motion to dismiss the appeal. Decided January 16, 1911. Motion denied. *Mr. José Ramón Freyre* for petitioner. *Mr. Cayetano Coll y Cuchí* for respondent.

No. 308. The People v. Battle.—Appeal from the District Court of Mayagüez. Decided January 17, 1911. Judgment affirmed. *Messrs. Pascasio Fajardo* and *Leopoldo Feliú* for appellant. *Mr. Jesús M. Rossy, fiscal,* for respondent.